JOHN SARSFIELD (SBN 138971)
MARGUERITE MELO (SBN 167782)
LAW OFFICES OF MELO AND SARSFIELD, LLP
E-mail: meloandsarsfield@icloud.com
4216 South Mooney Blvd. PMB 136
Visalia, CA 93277
Telephone: 559-732-3000
Fax: 559-732-3005

Attorneys for Plaintiff Jessica Blanco

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BLANCO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KINGS, ET AL.,<br><br>　　　　Defendant(s). | Case No.: 1:14-CV-02046-LJO-GSA<br><br>**ORDER**<br><br>**DATE: TBD**<br>**TIME: TBD**<br>**COURTROOM: 4**<br>**THE HON. LAWRENCE J. O'NEILL** |

　　　The Court has received and reviewed the stipulation for amendment of the complaint. The Court accepts the stipulation and orders the Plaintiff to file an amended complaint no later than July 15, 2015.

ORDER

The Clerk of Court is directed to administratively terminate the pending motion to dismiss (Doc. 11) and vacate the hearing on that motion, set for June 18, 2015.

**IT IS SO ORDERED**
**Dated: June 12, 15**

                                      **/s/ Lawrence J. O'Neill**
                                      **United States District Judge**

ORDER