James J. Arendt, Esq.     Bar No. 142937
Michelle E. Sassano, Esq.  Bar No. 259718

**Weakley & Arendt, LLP**
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Michelle@walaw-fresno.com

Attorneys for Defendants County of Kings and Maribel Mixon

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica M. Blanco,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>County of Kings, Maribel Mixon, in her official and individual capacity City of Lemoore ,and Kevin Cosper in his official and individual capacity and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:14-cv-02046 LJO-EPG<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>**[CASE TO REMAIN <u>OPEN</u>]** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of Plaintiff's First Amendment, Fifth Amendment, and Fourth Amendment claims against Defendants County of Kings and Deputy Maribel Mixon, in her individual and official capacity, with prejudice, all parties to bear their own costs and attorneys' fees.

///

///

Stipulated Dismissal and Order

1

| | |
|---|---|
| Dated: June 1, 2016 | Weakley & Arendt, LLP |
| | By:  /s/ James J. Arendt<br>James. J. Arendt<br>Michelle E. Sassano<br>Attorneys for Defendants County of Kings and Maribel Mixon |
| Dated: June 1, 2016 | Ferguson, Praet & Sherman, APC |
| | By:  /s/ Allen Christiansen<br>Allen Christiansen<br>Attorneys for Defendants City of Lemoore and Kevin Cosper |
| Dated: June 1, 2016 | Law Offices of Melo and Sarsfield, LLP |
| | By:  /s/ Marguerite Melo<br>Marguerite Melo<br>Attorneys for Plaintiff Jessica M. Blanco |

IT IS SO ORDERED.

Dated: **June 1, 2016**               /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Stipulated Dismissal and Order

2